Christopher Mixson (NV Bar #10685)
KEMP JONES, LLP
3800 Howard Hughes Parkway, Suite 1700
Las Vegas, Nevada 89169
702-385-6000
c.mixson@kempjones.com

Rafe Petersen (D.C. Bar #465542) (*pro hac vice*)
Alexandra E. Ward (D.C. Bar #1687003) (*pro hac vice*)
HOLLAND & KNIGHT LLP
800 17th Street N.W., Suite 1100
Washington, DC 20006
Telephone: 202.419.2481
Fax: 202.955.5564
rafe.petersen@hklaw.com
alexandra.ward@hklaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BURNING MAN PROJECT, FRIENDS OF BLACK ROCK/HIGH ROCK, INC., FRIENDS OF NEVADA WILDERNESS, SUMMIT LAKE PAIUTE TRIBE OF NEVADA, GERLACH PRESERVATION SOCIETY, and DAVID JAMIESON, ANDY MOORE, WILL ROGER PETERSON, NANCI PETERSON, JASON WALTERS, DAVE COOPER, MARGIE REYNOLDS, and STACEY BLACK, as individuals, <br><br> Plaintiffs, <br><br> v. <br><br> The UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, BLACK ROCK FIELD OFFICE, and DEBRA HAALAND in her official capacity as Secretary of the Interior, <br><br> Defendants. | Case Number: <br><br> **PLAINTIFF SUMMIT LAKE PAIUTE TRIBE OF NEVADA'S STATEMENT OF DISCLOSURE AND INTERESTED PARTIES** |

    Pursuant to Federal Rules of Civil Procedure 7.1, Plaintiff Summit Lake Paiute Tribe of Nevada, by and through its attorneys of record, file the below Disclosure Statement in this matter.

    Plaintiff Summit Lake Paiute Tribe of Nevada certifies that it is a federally recognized tribe with no parent corporations, nor are there any publicly held corporations associated with it.

1     Plaintiff Summit Lake Paiute Tribe of Nevada further states that the only known interested party other than those participating in this case is: Ormat Nevada Inc., 26 LLC ("Ormat"), the project applicant in this case.

    Plaintiff Summit Lake Paiute Tribe of Nevada is not aware of any other related cases at the time of this filing.

    Respectfully submitted this 3rd day of April, 2023.

    /s/ Rafe Petersen
Rafe Petersen (D.C. Bar #465542) (*pro hac vice*)
Alexandra E. Ward (D.C. Bar #1687003) (*pro hac vice*)
HOLLAND & KNIGHT LLP
800 17th Street N.W., Suite 1100
Washington, DC 20006
Telephone: 202.419.2481
Fax: 202.955.5564
rafe.petersen@hklaw.com
alexandra.ward@hklaw.com

Christopher Mixson (NV Bar #10685)
KEMP JONES, LLP
3800 Howard Hughes Parkway, Suite 1700
Las Vegas, Nevada 89169
702-385-6000
c.mixson@kempjones.com

*Attorneys for Plaintiffs*