# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BURNING MAN PROJECT, *et al.*, | 3:23-cv-00013-LRH-CSD |
| Plaintiffs, | **ORDER** |
| v. | Re: ECF No. 38 |
| UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, | |
| Defendants. | |

Before the court is the Joint Proposed Case Management Report and Proposed Briefing Plan. (ECF No. 38.) It appears that the Report and Proposed Briefing Plan was not signed by Defendants' counsel.

**IT IS THERFORE ORDERED** that the Joint Proposed Case Management Report and Proposed Briefing Plan (ECF No. 38) is **DENIED** without prejudice. The parties may file a revised Report and Proposed Briefing Plan that contains both signatures on the document.

DATED: June 2, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

1