TODD KIM
Assistant Attorney General

CHRISTOPHER C. HAIR (PA Bar No. 306656)
AMANDA K. RUDAT (ME Bar No. 010329)
Trial Attorneys
Natural Resources Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 305-0420 (Hair)
(202) 305-0575 (Rudat)
christopher.hair@usdoj.gov
amanda.rudat@usdoj.gov

*Attorneys for Federal Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| The BURNING MAN PROJECT, FRIENDS OF BLACK ROCK/HIGH ROCK, INC., FRIENDS OF NEVADA WILDERNESS, SUMMIT LAKE PAIUTE TRIBE OF NEVADA, GERLACH PRESERVATION SOCIETY, and DAVID JAMIESON, ANDY MOORE, WILL ROGER PETERSON, NANCI PETERSON, JASON WALTERS, DAVE COOPER, MARGIE REYNOLDS, and STACEY BLACK, as individuals, | Case No. 3:23-cv-00013-LRH-CSD |
| Plaintiffs, | **JOINT STATUS REPORT** |
| v. | |
| The UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, BLACK ROCK FIELD OFFICE, and DEBRA HAALAND in her official capacity as Secretary of the Interior, | |
| Defendants. | |

Plaintiffs challenge the U.S. Bureau of Land Management's ("BLM") decision to approve the Gerlach Geothermal Exploration Project ("Exploration Project") on federal land in Washoe County, Nevada.  BLM's Decision Record approved, with modifications, the Operations

Plan for the Exploration Project submitted by ORNI 26, LLC, a subsidiary of Ormat Nevada, Inc. (collectively, "Ormat").  In addition to needing BLM's approval, local law requires that Ormat obtain approval from Washoe County.  As the Court noted in its May 31st Order, on April 11, 2023, the Washoe County Board of County Commissioners voted to rescind the permit that the Washoe County Board of Adjustment had granted for the Exploration Project.  The Washoe County Board of County Commissioners issued a written order confirming the recission on April 14, 2023.

While Ormat cannot commence the Exploration Project's geothermal exploration wells until it has a necessary county permit, the recission of the county permit does not render this case moot.  Defendants' position is that the County's recission of its permit does not affect BLM's Decision Record or require BLM to take any action in response.  Counsel for Ormat has informed Defendants that Ormat is working to resolve the issue with its county permit and intends to continue to pursue the Exploration Project.  Should Ormat regain necessary local approval, BLM's approval remains unaffected and would allow the Exploration Project to move forward under the conditions imposed by the Decision Record.

The parties agree that this action is not moot under the current circumstances, though Defendants reserve the right to make a mootness argument if factual circumstances change, and Plaintiffs reserve the right to argue the significance of the recission and/or lack of local approvals relating to the Exploration Project.  BLM is compiling the administrative record and will produce it to all parties by September 15, 2023.  As stated in the parties' Joint Case Management Report and Proposed Briefing Plan, ECF No. 40, no discovery is anticipated in this case.  The case will be resolved on cross-motions for summary judgment in accordance with the schedule set by the Court's June 5th Order.

Respectfully submitted this 30th day of June, 2023.

TODD KIM
Assistant Attorney General

2

1

2
/s/ Amanda K. Rudat
3
AMANDA K. RUDAT
CHRISTOPHER C. HAIR
Trial Attorneys
4
United States Department of Justice
Environment & Natural Resources Division
5
Natural Resources Section
P.O. Box 7611
6
Washington, D.C. 20044-7611
(202) 305-0575 (Rudat)
7
(202) 305-0420 (Hair)
amanda.rudat@usdoj.gov
8
christopher.hair@usdoj.gov

9
*Attorneys for Federal Defendants*

10
HOLLAND & KNIGHT LLP

11
 /s/ Rafe Petersen
Rafe Petersen (D.C. Bar #465542) (pro hac
12
vice)
Alexandra E. Ward (D.C. Bar #1687003)
13
(pro hac vice)
800 17th Street N.W., Suite 1100
14
Washington, DC  20006

15
KEMP JONES, LLP

16
Christopher Mixson, Esq. (NV Bar #10685)
3800 Howard Hughes Parkway, 17th Floor
17
Las Vegas, Nevada 89169

18
*Attorneys for Plaintiffs*

19

20

21

22

23

24

25

26

27

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 30, 2023, I electronically filed the foregoing using the CM/ECF system, which will automatically send email notification to the attorneys of record.

 */s/ Amanda K. Rudat*
AMANDA K. RUDAT