Christopher Mixson, Esq. (NV Bar #10685)
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: 702-385-6000
Facsimile: 702-385-6001
c.mixson@kempjones.com

Rafe Petersen (*pro hac vice*)
Alexandra E. Ward (*pro hac vice*)
HOLLAND & KNIGHT LLP
800 17th Street N.W., Suite 1100
Washington, DC 20006
Telephone: 202.419.2481
Facsimile: 202.955.5564
rafe.petersen@hklaw.com
alexandra.ward@hklaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| The BURNING MAN PROJECT, FRIENDS OF BLACK ROCK/HIGH ROCK, INC., FRIENDS OF NEVADA WILDERNESS, DAVID JAMIESON, and ANDY MOORE, as individuals,<br><br>Plaintiffs,<br><br>v.<br><br>The UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, BLACK ROCK FIELD OFFICE, MARK HALL, in his official capacity as Field Manager of the Black Rock Field Office of the Bureau of Land Management, and DEBRA HAALAND in her official capacity as Secretary of the Interior,<br><br>Defendants. | Case No.: 3:23-cv-00013-LRH-CSD<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINES IN JUNE 5, 2023 ORDER APPROVING JOINT CASE MANAGEMENT REPORT AND BRIEFING PLAN**<br><br>**(FIRST REQUEST)** |

Plaintiffs and Defendants hereby stipulate and request the Court approve an extension of the deadlines, as set forth below, for the Production of the Administrative Record and Briefing on the Merits set forth in Paragraph 8 B through E of the Parties' Joint Case Management Report and Briefing Plan ("JCMR"). This is the first motion to extend time under the JCMR.

To that end, Plaintiffs and Defendants request that the deadlines within Paragraph 8 of the

1

JCMR be revised as follows:

    B. Plaintiffs will notify Federal Defendants of any alleged deficiencies or other disputes regarding the sufficiency of the administrative record by no later than **October 27, 2023**.

    C. Federal Defendants will provide a response to Plaintiffs regarding any administrative record issues by **November 17, 2023**.

    D. If the parties are unable to resolve any issues related to the sufficiency of the administrative record, the following briefing schedule will apply:

        i. Plaintiffs' Motion to Supplement or Complete the Administrative Record: due by **December 1, 2023.**
        ii. Federal Defendants' Opposition: due by **December 15, 2023.**
        iii. Plaintiffs' Reply: due by **January 5, 2023.**

    E. Plaintiffs shall file their motion for summary judgment and brief in support of their motion for summary judgment, the following schedule will apply:

        i. Plaintiffs' Motion for Summary Judgment: due 60 days from the Court's ruling on Plaintiffs' Motion to Supplement or Complete the Administrative Record or, if no such motion is filed, by **December 15, 2023.**

    DATED this 12th day of October, 2023.

Respectfully submitted,

KEMP JONES, LLP

| | |
|---|---|
| */s/ Christopher W. Mixson* | */s/ Christopher C. Hair* |
| Christopher W. Mixson, Esq. (NV Bar #10685) | Christopher C. Hair |
| 3800 Howard Hughes Parkway, 17th Floor | Amanda K. Rudat |
| Las Vegas, Nevada 89169 | Trial Attorneys |
| | United States Department of Justice |
| Rafe Petersen (*pro hac vice*) | Environment & Natural Resources Division |
| Alexandra E. Ward (*pro hac vice*) | Natural Resources Section |
| HOLLAND & KNIGHT LLP | P.O. Box 7611 |
| 800 17th Street N.W., Suite 1100 | Washington, D.C. 20044-7611 |
| Washington, DC 20006 | |
| | Todd Kim |
| *Attorneys for Plaintiffs* | Assistant Attorney General |
| | Environment and Natural Resources Division |
| | |
| | *Attorneys for Defendants* |

    **IT IS SO ORDERED.**

DATED:_____                    _____
                                                          UNITED STATES MAGISTRATE JUDGE