UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BURNING MAN PROJECT, FRIENDS OF BLACK ROCK/HIGH ROCK, INC., FRIENDS OF NEVADA WILDERNESS, SUMMIT LAKE PAIUTE TRIBE OF NEVADA, GERLACH PRESERVATION SOCIETY, and DAVID JAMIESON, ANDY MOORE, WILL ROGER PETERSON, NANCI PETERSON, JASON WALTERS, DAVE COOPER, MARGIE REYNOLDS, and STACEY BLACK, as individuals,<br><br>Plaintiffs,<br><br>v.<br><br>The UNITED STATES DEPARTMENT OF THE INTERIOR, DEBRA HAALAND in her official capacity as Secretary of the Interior, BUREAU OF LAND MANAGEMENT, BLACK ROCK FIELD OFFICE, and MARK HALL, in his official capacity as Field Manager,<br><br>Defendants. | Case No. 3:23-cv-00013-LRH-CSD<br><br>ORDER |

Before the Court is Defendant-Intervenor Ormat Nevada, Inc's. ("Ormat") Motion to Intervene. ECF No. 25. No opposition has been filed and the time to file any response has since passed. Furthermore, Ormat filed a Notice of Non-Opposition on April 17, 2023. ECF No. 33. The Court grants the motion.

Local Rule 7-2(d) states: "The failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion."

IT IS THEREFORE ORDERED that Ormat's unopposed motion to intervene (ECF No. 25) is **GRANTED.**

1

1  IT IS FURTHER ORDERED that Ormat's proposed Answer to Plaintiff's First Amended
2  Complaint (attached at ECF No. 33-1) shall be filed within **10 days** of the filing date of this Order.
3  IT IS SO ORDERED.
4  DATED this 12th day of October, 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE