Christopher W. Mixson, Esq. (NV Bar #10685)
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: 702-385-6000
Facsimile: 702-385-6001
c.mixson@kempjones.com

Rafe Petersen (*pro hac vice*)
Alexandra E. Ward (*pro hac vice*)
HOLLAND & KNIGHT LLP
800 17th Street N.W., Suite 1100
Washington, DC 20006
Telephone: 202-419-2481
Facsimile: 202-955-5564
rafe.petersen@hklaw.com
alexandra.ward@hklaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| The BURNING MAN PROJECT, FRIENDS OF BLACK ROCK/HIGH ROCK, INC., FRIENDS OF NEVADA WILDERNESS, DAVID JAMIESON, and ANDY MOORE, as individuals,<br><br>Plaintiffs,<br><br>v.<br><br>The UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, BLACK ROCK FIELD OFFICE, MARK HALL, in his official capacity as Field Manager of the Black Rock Field Office of the Bureau of Land Management, and DEBRA HAALAND in her official capacity as Secretary of the Interior,<br><br>Defendants,<br><br>and ORMAT NEVADA INC.,<br>        Intervenor-Defendant. | Case No.: 3:23-cv-00013-LRH-CSD<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES IN JUNE 5, 2023 ORDER APPROVING JOINT CASE MANAGEMENT REPORT AND BRIEFING PLAN**<br><br>**(THIRD REQUEST)** |

1

Plaintiffs and Defendants hereby stipulate and request the Court approve an extension of the deadlines, as set forth below, for the Briefing on the Merits set forth in Paragraph 8 E of the Parties' Joint Case Management Report and Briefing Plan ("JCMR"). This is the third motion to extend time under the JCMR.

To that end, Plaintiffs and Defendants request that the deadline within Paragraph 8 E of the JCMR be revised as follows:

E. Plaintiffs shall file their motion for summary judgment and brief in support of their motion for summary judgment, the following schedule will apply:
  i. Plaintiffs' Motion for Summary Judgment: due by **February 26, 2024.**
  ii. Defendants' Cross Motion for Summary Judgment/Opposition: due by **May 20, 2024.**
  iii. Plaintiffs' Opposition/Reply: due by **June 20, 2024.**
  iv. Defendants' Reply: due by **July 22, 2024.**

Respectfully submitted January 23, 2024.

KEMP JONES, LLP

 /s/ Christopher W. Mixson
Christopher W. Mixson, Esq.
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169

Rafe Petersen
Alexandra E. Ward
HOLLAND & KNIGHT LLP
800 17th Street N.W., Suite 1100
Washington, DC  20006

*Attorneys for Plaintiffs*

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division

/s/ Amanda K. Rudat
Amanda K. Rudat
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611

*Counsel for Federal Defendants*

KAPLAN KIRSCH & ROCKWELL LLP

 /s/ Matthew G. Adams
Matthew G. Adams *(pro hac vice)*
Wil Mumby *(pro hac vice)*
Samantha R. Caravello *(pro hac vice)*
One Sansome St, Suite 2910
San Francisco, California 94104

ORMAT TECHNOLOGIES, INC.
Laura R. Jacobsen, Esq. (NV Bar No. 13699)
6140 Plumas Street
Reno, Nevada 89519

LEWIS ROCA ROTHGERBER CHRISTIE LLP
Darren J. Lemieux, Esq. (NV Bar No. 9615)
Lucy C. Crow, Esq. (NV Bar No. 15203)
One East Liberty Street, Suite 300
Reno, Nevada 89501-2128

*Attorneys for Intervenor-Defendant*

IT IS SO ORDERED.

DATED: January 23, 2024

_____
UNITED STATES MAGISTRATE JUDGE

3