Christopher W. Mixson, Esq. (NV Bar #10685)
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: 702-385-6000
Facsimile: 702-385-6001
c.mixson@kempjones.com

Rafe Petersen *(pro hac vice)*
Alexandra E. Ward *(pro hac vice)*
HOLLAND & KNIGHT LLP
800 17th Street N.W., Suite 1100
Washington, D.C. 20006
Telephone: 202-419-2481
Facsimile: 202-955-5564
rafe.petersen@hklaw.com
alexandra.ward@hklaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| The BURNING MAN PROJECT, FRIENDS OF BLACK ROCK/HIGH ROCK, INC., FRIENDS OF NEVADA WILDERNESS, DAVID JAMIESON, and ANDY MOORE, as individuals,<br><br>Plaintiffs,<br><br>v.<br><br>The UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, BLACK ROCK FIELD OFFICE, MARK HALL, in his official capacity as Field Manager of the Black Rock Field Office of the Bureau of Land Management, and DEBRA HAALAND in her official capacity as Secretary of the Interior,<br><br>Defendants,<br><br>and ORMAT NEVADA INC.,<br>Intervenor-Defendant. | Case No.: 3:23-cv-00013-LRH-CSD<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINES IN JUNE 5, 2023 ORDER APPROVING JOINT CASE MANAGEMENT REPORT AND BRIEFING PLAN**<br><br>**(FIFTH REQUEST)** |

1

Plaintiffs and Defendants hereby stipulate and request the Court approve an extension of the deadlines, as set forth below, for the Briefing on the Merits set forth in Paragraph 8 E of the Parties' Joint Case Management Report and Briefing Plan ("JCMR"). This is the fifth motion to extend time under the JCMR, in order to provide additional time for settlement discussions.

To that end, Plaintiffs and Defendants request that the deadline within Paragraph 8 E of the JCMR be revised as follows:

E. Plaintiffs shall file their motion for summary judgment and brief in support of their motion for summary judgment, the following schedule will apply:
  i. Plaintiffs' Motion for Summary Judgment: due by **July 25, 2024.**
  ii. Defendants' Cross Motion for Summary Judgment/Opposition: due by **October 17, 2024.**
  iii. Plaintiffs' Opposition/Reply: due by **November 18, 2024.**
  iv. Defendants' Reply: due by **December 20, 2024.**

DATED this 25th day of April, 2024.

Respectfully submitted,

| | |
|---|---|
| KEMP JONES, LLP | TODD KIM |
| | Assistant Attorney General |
| /s/ Christopher W. Mixson | Environment and Natural Resources Division |
| Christopher Mixson, Esq. (NV Bar #10685) | |
| 3800 Howard Hughes Parkway, 17th Floor | /s/ Amanda K. Rudat |
| Las Vegas, Nevada 89169 | AMANDA K. RUDAT |
| | Trial Attorney |
| Rafe Petersen *(pro hac vice)* | United States Department of Justice |
| Alexandra E. Ward *(pro hac vice)* | Environment & Natural Resources Division |
| HOLLAND & KNIGHT LLP | Natural Resources Section |
| 800 17th Street N.W., Suite 1100 | P.O. Box 7611 |
| Washington, D.C. 20006 | Washington, D.C. 20044-7611 |
| *Attorneys for Plaintiffs* | *Counsel for Federal Defendants* |
| | KAPLAN KIRSCH & ROCKWELL LLP |
| | /s/ Matthew G. Adams |
| | Matthew G. Adams *(pro hac vice)* |
| | William C. Mumby *(pro hac vice)* |
| | Samantha R. Caravello *(pro hac vice)* |
| | One Sansome St, Suite 2910 |
| | San Francisco, CA 94104 |
| | ORMAT TECHNOLOGIES, INC. |
| | Laura R. Jacobsen, Esq. (NV Bar #13699) |
| | 6140 Plumas Street |
| | Reno, Nevada 89519 |

|   |   |
|---|---|
| 1 | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
| 2 | Darren J. Lemieux, Esq. (NV Bar #9615) |
|   | Lucy C. Crow, Esq. (NV Bar #15203) |
| 3 | One East Liberty Street, Suite 300 |
|   | Reno, Nevada 89501-2128 |

*Attorneys for Intervenor-Defendant*

IT IS SO ORDERED.

DATED: April 26, 2024

_____
UNITED STATES MAGISTRATE JUDGE

3