UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

The BURNING MAN PROJECT, *et al.*,

    Plaintiffs,

v.

The UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,

    Federal Defendants,

and

ORMAT NEVADA, INC.,

    Defendant-Intervenor.

Case No. 3:23-cv-00013-MMD-CSD

**ORDER**

Having considered Federal Defendants and Defendant-Intervenor's Joint Motion for Extension of Time and having found good cause shown, the motion is **GRANTED**.

Federal Defendants and Defendant-Intervenor shall file motions for summary judgment, if any, by February 28, 2025. Should either Federal Defendants or Defendant-Intervenor file a motion for summary judgment, the parties shall subsequently file a joint status report proposing a schedule for further briefing deadlines.

Dated: October 17, 2024

_____
UNITED STATES MAGISTRATE JUDGE