Christopher Mixson, Esq. (NV Bar #10685)
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: 702-385-6000
Facsimile: 702-385-6001
c.mixson@kempjones.com

Rafe Petersen (D.C. Bar #465542) (*pro hac vice*)
Alexandra E. Ward (D.C. Bar #1687003) (*pro hac vice*)
HOLLAND & KNIGHT LLP
800 17th Street N.W., Suite 1100
Washington, DC 20006
Telephone: 202.419.2481
Facsimile: 202.955.5564
rafe.petersen@hklaw.com
alexandra.ward@hklaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| The BURNING MAN PROJECT, FRIENDS OF BLACK ROCK/HIGH ROCK, INC., FRIENDS OF NEVADA WILDERNESS, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>The UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, BLACK ROCK FIELD OFFICE, JONAH BLUSTAIN, in his official capacity as Field Manager of the Black Rock Field Office of the Bureau of Land Management, and DOUG BURGUM in his official capacity as Secretary of the Interior,[1]<br><br>Defendants. | Case No.: 3:23-cv-00013-LRH-CSD<br><br>**PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |

---

[1] Doug Burgum was sworn in as Secretary of the United States Department of the Interior on February 3, 2025 and, in his official capacity, is the successor to Deb Haaland, in her official capacity as Secretary of the United States Department of the Interior, and automatically substituted as a defendant under Federal Rule of Civil Procedure 25(d). Jonah Blustain is the successor to Mark Hall as Field Manager of the Black Rock Field Office of the Bureau of Land Management and is automatically substituted as a defendant under Federal Rule of Civil Procedures 25(d).

Pursuant to Fed. R. Civ. P. 41, Plaintiffs, Burning Man Project, Friends of Black Rock/High Rock, Inc., Friends of Nevada Wilderness, David Jamieson, Andy Moore, Will Roger Peterson, Stacey Black, Nanci Peterson, Gerlach Preservation Society, Jason Walters, the Summit Lake Paiute Tribe of Nevada, Margery Reynolds, and Dave Cooper by and through undersigned counsel, hereby move for voluntary dismissal of this action against the Defendants, the U.S. Department of the Interior, Bureau of Land Management, Black Rock Field Office, Mark Hall, in his official capacity as Field Manager of the Black Rock Field Office of the Bureau of Land Management, and Debra Haaland, in her official capacity as Secretary of the Interior, with prejudice. The Defendants and Intervenor Defendant have consented to this dismissal. Each party shall bear its own costs, expenses, and attorneys' fees. A proposed order of dismissal is submitted as Attachment A to this motion.

DATED this 16th day of June, 2025.

Respectfully submitted,

HOLLAND & KNIGHT LLP

*/s/ Rafe Petersen*
Rafe Petersen (D.C. Bar #465542) (*pro hac vice*)
Alexandra E. Ward (D.C. Bar #1687003) (*pro hac vice*)
800 17th Street N.W., Suite 1100
Washington, DC  20006

Christopher Mixson, Esq. (NV Bar #10685)
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of June, 2025, I served a true and correct copy of the foregoing Notice of Voluntary Dismissal via the United States District Court's CM/ECF electronic filing system to all parties on the e-service list.

                              */s/ Rafe Petersen*
                              HOLLAND & KNIGHT, LLP

#523103035_v1