# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| The BURNING MAN PROJECT, FRIENDS OF BLACK ROCK/HIGH ROCK, INC., FRIENDS OF NEVADA WILDERNESS, DAVID JAMIESON, and ANDY MOORE, as individuals,<br><br>Plaintiffs,<br><br>v.<br><br>The UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, BLACK ROCK FIELD OFFICE, JONAH BLUSTAIN, in his official capacity as as Field Manager of the Black Rock Field Office of the Bureau of Land Management, and DOUG BURGUM in his official capacity as Secretary of the Interior,<br><br>Defendants. | Case No.: 3:23-cv-00013-LRH-CSD<br><br>**ORDER** |

**ORDER**

Plaintiffs Burning Man Project, Friends of Black Rock/High Rock, Inc., Friends of Nevada Wilderness, David Jamieson and Andy Moore *et al* have filed a Motion to Voluntary Dismiss with Prejudice under Federal Rule of Civil Procedure 41. Defendants and Defendant-Intervenor have consented to this dismissal.

It is therefore ORDERED that Plaintiff's Motion to Voluntarily Dismiss this action with prejudice is granted. All parties to bear their own fees and costs.

DATED: June 16, 2025

_____
UNITED STATES DISTRICT JUDGE

1